# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0367
Lower Tribunal No. F81-27860B
_____

**Henry Charles Allen,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jason Bloch, Judge.

Henry Charles Allen, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.